AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 12/3/2007 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Sunny H. Kim | Attorney for plainitff |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):
    On December 3, 2007, Jack Rigney, Esq., Seward & Kissel LLP, accepted service on behalf of defendants.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   12/10/2007
                    Date                  Signature of Server

335 Madison Ave., 12th Fl., New York, NY 10017
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.