UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/19/07
```

------------------------------------------------X

BIBI DE MALMANCHE,

                Plaintiff,

vs.

GLENROCK ASSET MANAGEMENT
ASSOCIATES, L.P. GLENROCK, INC., and
REYNARD ASSET MANAGEMENT, INC.

                Defendants.

------------------------------------------------X

No. 07-CV-10940 (CM) (KNF)

STIPULATION

      IT IS HEREBY STIPULATED AND AGREED that the Defendants' time to answer, move or otherwise respond to the complaint is extended to and including January 14, 2008.

New York, New York
December 18, 2007

THOMPSON HINE LLP

By: _____
Sunny H. Kim
335 Madison Avenue, 12th Floor
New York, N.Y. 10017
(212) 344-5680

Attorneys for Plaintiff

SO ORDERED:

_____
U.S.D.J.

SK 01828 0009 839732

12-19-07

SEWARD & KISSEL LLP

By: _____
Mark J. Hyland
One Battery Park Plaza
New York, N.Y. 10004
(212) 574-1200

Attorneys for Defendants