UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BIBI DE MALMANCHE,

                        Plaintiff,

        - against -

GLENROCK ASSET MANAGEMENT
ASSOCIATES, L.P., GLENROCK, INC. and
REYNARD ASSET MANAGEMENT, INC.,

                        Defendants.

07-CV-10940 (CM) (KNF)

**RULE 7.1 STATEMENT**

---

      Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Glenrock Asset Management Associates, L.P., Glenrock, Inc. and Reynard Asset Management, Inc. (collectively, "Defendants") certifies that there are no parent corporations and that no publicly held corporation owns 10% or more of the stock of Defendants.

New York, New York
January 14, 2007

                                            SEWARD & KISSEL LLP

                              By:   */s/ Mark J. Hyland*
                                      Mark J. Hyland (MH-5872)
                                      One Battery Park Plaza
                                      New York, New York 10004
                                      (212) 574-1200

                                      Attorneys for Defendants Glenrock
                                      Asset Management Associates, L.P.,
                                      Glenrock, Inc., and Reynard Asset
                                      Management, Inc.

SK 01828 0009 845711