# THOMPSON HINE

ATLANTA  CINCINNATI  COLUMBUS  NEW YORK
BRUSSELS  CLEVELAND  DAYTON  WASHINGTON, D.C.

April 21, 2008

**BY FACSIMILE**
The Honorable Colleen McMahon
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007



**MEMO ENDORSED**

RE: *Bibi de Malmanche vs. Glenrock Inc., et al.*, Civil Action No. 07-10940 (CM)(KNF)

Dear Judge McMahon:

We represent the plaintiff, Bibi de Malmanche, in connection with the above referenced matter. This letter is being filed on behalf of all parties to request modifications of the expert-related deadlines set forth in the January 23, 2008 Scheduling Order. Please note that the parties are not requesting an extension of the discovery cutoff deadline which is July 15, 2008.

Pursuant to the Scheduling Order, plaintiff's expert report is due no later than April 22, 2008. However, given the volume and location, overseas, of outstanding expert-related discovery, it will be impossible to meet this deadline. The parties seek a modification of the Scheduling Order that will (1) adjourn the date for plaintiff's expert report to May 13, 2008; (2) adjourn the date for the deposition of plaintiff's expert to June 2, 2008; (3) adjourn the date for defendants' expert report to June 13, 2008, (4) and adjourn the date for the deposition of defendants' expert to July 11, 2008. No such request has previously been made. A proposed Revised Scheduling Order is attached.

Very truly yours,

Jeanette Rodriguez-Morick

Enclosure

cc: Ross Hooper, Esq. (*By Email*)

Jeanette.Rodriguez-Morick@ThompsonHine.com  Phone 212.908.3971  Fax 212.344.6101    JRM 163052.2

THOMPSON HINE LLP        335 Madison Avenue         www.ThompsonHine.com
ATTORNEYS AT LAW         12th Floor                 Phone 212.344.5
                         New York, New York 10017-4611  Fax 212.344.6101

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/22/08

# THOMPSON HINE

ATLANTA  CINCINNATI  COLUMBUS  NEW YORK
BRUSSELS  CLEVELAND  DAYTON  WASHINGTON, D.C.

# FAX COVER PAGE

PAGES: 5 including cover

DATE: April 21, 2008

FROM: Jeanette Rodriguez-Morick
212.908.3971
jeanette.rodriguez-morick@ThompsonHine.com

TO: Judge Colleen McMahon                FAX:    (212) 805-6326

Problems with transmission? Call Jeanette Rodriguez-Morick at (212) 908-3971.

JRM  02085.Comfort & Design.$1

CONFIDENTIALITY NOTICE: THE INFORMATION IN THIS TRANSMITTAL IS CONFIDENTIAL AND INTENDED ONLY FOR THE RECIPIENT LISTED ABOVE. IF YOU ARE NEITHER THE INTENDED RECIPIENT NOR A PERSON RESPONSIBLE FOR DELIVERING THIS TRANSMITTAL TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISTRIBUTION OR COPYING OF THIS TRANSMITTAL IS PROHIBITED. IF YOU RECEIVED THIS TRANSMITTAL IN ERROR, PLEASE IMMEDIATELY NOTIFY US AND RETURN THE TRANSMITTAL TO US AT OUR EXPENSE.

THOMPSON HINE LLP           335 Madison Avenue           www.ThompsonHine.com
ATTORNEYS AT LAW            12th Floor                   Phone 212.344.5680
A Limited Liability Partnership
including A Professional Corporation  New York, New York 10017-4611  Fax 212.344.6101