

ATLANTA   CINCINNATI   COLUMBUS   NEW YORK
BRUSSELS   CLEVELAND   DAYTON   WASHINGTON, D.C.

May 12, 2008

**BY FACSIMILE**
The Honorable Kevin N. Fox
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

RE: *Bibi de Malmanche vs. Glenrock Inc., et al.*, Civil Action No. 07-10940 (KNF)

Dear Judge Fox:

We represent the plaintiff, Bibi de Malmanche, in connection with the above referenced matter. This letter is being filed on behalf of Ms. de Malmanche to request an extension of time to amend the complaint until May 23, 2008. As an accommodation to defendants, plaintiff agreed to delay a key defense witness' deposition on the condition that the deadline for the motion to amend would also be extended.

Originally, the motion to amend was due on May 15, 2008. No previous request for such an extension has been made. Opposing counsel consents to this request. An extension of time would not affect any other scheduled dates.

Very truly yours,

Jeanette Rodriguez-Morick

Enclosure

cc: Ross Hooper, Esq. (*By Email*)

Jeanette.Rodriguez-Morick@ThompsonHine.com   Phone 212.908.3971   Fax 212.344.6101          JRM 10194597.1

THOMPSON HINE LLP        335 Madison Avenue           www.ThompsonHine.com
ATTORNEYS AT LAW         12th Floor                   Phone 212.344.5680
                         New York, New York 10017-4611   Fax 212.344.6101