# THOMPSON HINE

ATLANTA  BRUSSELS  CINCINNATI  CLEVELAND  COLUMBUS  DAYTON  NEW YORK  WASHINGTON, D.C.



**MEMO ENDORSED**

RECEIVED
MAY 19 2008
CHAMBERS OF
KEVIN NATHANIEL FOX
U.S. MAGISTRATE JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/20/08

May 19, 2008

**BY FACSIMILE**

The Honorable Kevin N. Fox
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

RE: *Bibi de Malmanche vs. Glenrock Inc., et al.*, Civil Action No. 07-10940 (CM)(KNF)

Dear Judge Fox:

We represent the plaintiff, Bibi de Malmanche, in connection with the above-referenced matter. This letter is being filed on behalf of Ms. de Malmanche to request an extension of time to amend the complaint until May 30, 2008.

Originally, this motion to amend was due on May 15, 2008.[1] As an accommodation to defendants, plaintiff agreed to delay a key defense witness' deposition on the condition that opposing counsel would consent to extending the deadline for the motion to amend. No previous request for such an extension has been made. Opposing counsel consents to this request. An extension of time would not affect any other scheduled discovery deadlines.

Very truly yours,

*Jeanette Rodriguez-Morick*

Jeanette Rodriguez-Morick

cc: Ross Hooper, Esq. (*By Email*)

5/20/08
Application granted.
SO ORDERED:
_____
KEVIN NATHANIEL FOX, U.S.M.J.

---

[1] On May 15, 2008, we filed a request for an extension of time electronically but the request was rejected because the Southern District of New York does not allow the filing of such letter requests.

Jeanette.Rodriguez-Morick@ThompsonHine.com   Phone 212.908.3971   Fax 212.344.6101        dw 163928.2

THOMPSON HINE LLP
ATTORNEYS AT LAW

335 Madison Avenue
12th Floor
New York, New York 10017-4611

www.ThompsonHine.com
Phone 212.344.5680
Fax 212.344.6101