# SEWARD & KISSEL LLP

ONE BATTERY PARK PLAZA
NEW YORK, NEW YORK 10004

TELEPHONE: (212) 574-1200
FACSIMILE: (212) 480-8421
WWW.SEWKIS.COM

WRITER'S DIRECT DIAL
(212) 574-1507

1200 G STREET, N.W.
WASHINGTON, D.C. 20005
TELEPHONE: (202) 737-8833
FACSIMILE: (202) 737-5184

**MEMO ENDORSED**

May 30, 2008

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC # ___ DATE FILED: 6/9/08]

VIA FACSIMILE

The Honorable Kevin N. Fox
United States Magistrate Judge
United States Courthouse
500 Pearl St., Room 540
New York, NY 10007

Re: Bibi de Malmanche v. Glenrock, Inc., et al.,
Civil Action No. 07-10940 (CM)(KNF)

Dear Judge Fox:

We represent Glenrock Asset Management Associates, L.P., Glenrock, Inc., and Reynard Asset Management, Inc. (together, "Defendants") in connection with the above-referenced litigation. The parties respectfully request that the deadline for discovery, including expert discovery, be extended from July 15, 2008 to August 15, 2008. No prior extension has been requested. The parties request this extension so that Defendants may complete review and production of the electronic documentation requested by Plaintiff and to permit Plaintiff to review Defendants' production in advance of the discovery deadline.

As an accommodation to Plaintiff, Defendants further request that the deadline for Plaintiff to file a motion to amend be extended from May 30, 2008 until June 30, 2008. The Court previously granted an extension of this deadline from May 15, 2008 to May 30, 2008. Plaintiff joins in this request.

6/9/08
The above-noted requests are granted.
SO ORDERED:
/s/ Kevin Nathaniel Fox
KEVIN NATHANIEL FOX, U.S.M.J.

The Honorable Kevin N. Fox
May 30, 2008
Page 2

No other scheduled dates would be affected by these requests.

Respectfully submitted,

*J. Ross Hooper*

Thomas Ross Hooper

cc: Jeanette Rodriguez-Morick, Esq.

SK 01828 0009 887945