UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

BIBI DEL MALMANCHE                                :

             Plaintiff,                              :

      -against-                                         :            ORDER
                                                                  07 Civ. 10940 (KNF)
GLENROCK, INC., ET AL.,                         :

            Defendants.                            :

------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 06/11/08

     IT IS HEREBY ORDERED that a telephonic status conference will be held in the above-captioned action on July 29, 2008, at 2:00 p.m. The telephonic conference shall be initiated by counsel to the plaintiff to (212) 805-6705.

Dated: New York, New York
       June 11, 2008

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE