UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

BIBI DE MALMANCHE,                    :

       Plaintiff,                    :           ORDER

    -against-                    :           07 Civ. 10940 (KNF)

GLENROCK ASSET MANAGEMENT             :
ASSOCIATES, L.P. ET AL.,
                                         :

       Defendants.
------------------------------------------------------------X

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

     A telephonic conference was held with counsel to the respective parties on June 26, 2008, to address, inter alia, a discovery dispute that had been brought to the Court's attention via correspondence. As a result of the discussion had during the conference, IT IS HEREBY ORDERED that:

1. on or before July 9, 2008, the defendants shall respond to the plaintiff's outstanding discovery demands;

2. on or before July 14, 2008, the plaintiff shall serve and file her motion to amend the complaint;

3. on or before July 18, 2008, the plaintiff shall serve and file a response to the defendants' motion for judgment on the pleadings; and

4.  any reply shall be served and filed on or before July 25, 2008.

Dated: New York, New York  
      June 27, 2008

SO ORDERED:

*Kevin Nathaniel Fox*

KEVIN NATHANIEL FOX  
UNITED STATES MAGISTRATE JUDGE