## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing *Ameded Complaint* was served via on the 20th day of August 2008 by email upon the following counsel for defendants:

Ross Hooper, Esq.
Seward & Kissel LLP
One Battery Park Plaza
New York, New York 10004

_____
One of the Attorneys for Plaintiff, Bibi DeMalmache