**THOMPSON HINE**

ATLANTA   CINCINNATI   COLUMBUS   NEW YORK
BRUSSELS   CLEVELAND   DAYTON   WASHINGTON, D.C.

# MEMO ENDORSED

September 5, 2008




**BY FACSIMILE**
The Honorable Kevin N. Fox
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

RE: *Bibi de Malmanche vs. Glenrock Inc., et al.*, Civil Action No. 07-10940 (KNF)

Dear Judge Fox:

We represent the plaintiff, Bibi de Malmanche, in connection with the above referenced matter. This letter is being filed on behalf of Ms. de Malmanche to request an extension of time to submit our opposition to defendants' motion to dismiss until September 12, 2008. Defendants have consented to this request. The parties have also agreed to extend the defendants' reply due date until September 26, 2008. The plaintiff's response was due on September 5, 2008. An extension of time would not affect any other scheduled dates.

Very truly yours,

Jeanette Rodriguez-Morick

cc: Ross Hooper, Esq. (*By Email*)

9/5/08
Application granted.
SO ORDERED:
*Kevin Nathaniel Fox*
KEVIN NATHANIEL FOX, U.S.M.J.

Jeanette.Rodriguez-Morick@ThompsonHine.com   Phone 212.908.3971   Fax 212.344.6101   JRM 167358.1

THOMPSON HINE LLP   335 Madison Avenue   www.ThompsonHine.com
ATTORNEYS AT LAW   12th Floor   Phone 212.344.5680
A Limited Liability Partnership
Including A Professional Corporation   New York, New York 10017-4611   Fax 212.344.6101